

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00251-CR

DANNY RAY LUSK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 173rd District Court
Henderson County, Texas
Trial Court No. C-18,897

Before Morriss, C.J., Carter and Moseley, JJ.

## O R D E R

Court reporter Brandi Ray recorded the trial court proceedings in cause number 06-13-00251-CR, styled *Danny Ray Lusk v. The State of Texas*, trial court cause number C-18,897, in the 173rd Judicial District Court of Henderson County, Texas.[1] The reporter's record was originally due in this case September 18, 2013, and after three extensions, pursuant to the directive of the Twelfth Court of Appeals, was due to be filed by December 6, 2013. No record has been filed, and Ray has failed to respond to our efforts to contact her.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the rules, we find we must take steps to ensure the filing of the record in this case.

We hereby order Brandi Ray to electronically file the reporter's record in cause number 06-13-00251-CR, to be received by this Court no later than Tuesday, January 21, 2014.

If the record is not electronically filed with this Court by January 21, we warn Ray that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   January 7, 2014

---

[1]The appeal was transferred to this Court by order of the Texas Supreme Court on December 3, 2013.